# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

KENNY COFFEY                                                                                              PLAINTIFF
ADC #86434

V.                                          NO: 2:11CV00115 SWW/HDY

RAY HOBBS *et al.*                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief and a protective order (docket entry #17) is DENIED.

DATED this 12th day of October, 2011.

                                                                    /s/Susan Webber Wright
                                                                 UNITED STATES DISTRICT JUDGE