## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

KENNY COFFEY                                                                                           PLAINTIFF
ADC #86434

V.                                           NO: 2:11CV00115 SWW

RAY HOBBS *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of April, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE